**UNITED STATES of America,
Appellee,**

v.

**Nicholas PYEATT, Appellant.**

No. 01–3841.

United States Court of Appeals,
Eighth Circuit.

Submitted May 3, 2002.

Filed May 10, 2002.

Before McMILLIAN, MORRIS
SHEPPARD ARNOLD, and BYE, Circuit
Judges.

PER CURIAM.

Nicholas Pyeatt appeals from the final
judgment entered in the District Court[1]
for the Western District of Missouri, re-
voking his supervised release and sentenc-
ing him to 30 months imprisonment. For
reversal, Pyeatt argues that the sentence
was an upward departure from the Chap-
ter 7 Guidelines and that the district court
might have imposed a shorter sentence if
the court had realized that Pyeatt might
fail to complete a Bureau of Prisons boot-
camp program. For the reasons discussed
below, we affirm the judgment of the dis-
trict court.

As Pyeatt's counsel acknowledges, the
court was not bound to impose a sentence
within Chapter 7's recommended range.
*See United States v. Carr,* 66 F.3d 981, 983
(8th Cir.1995) (per curiam). Further, the
district court specifically noted that Pyeatt
would have to serve the full 30–month
sentence in prison if he failed to complete
boot camp.

Accordingly, we affirm. We also grant
counsel's motion to withdraw.

1. The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.